IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRIAN SANDERS                                                                                    PLAINTIFF

v.                                    Case No. 3:22-cv-00040-KGB

BLYTHEVILLE, CITY OF                                                                      DEFENDANT

**ORDER**

Before the Court is plaintiff Brian Sanders' *pro se* motion for leave to proceed *in forma pauperis* (Dkt. No. 1). For the following reasons, the Court denies without prejudice Mr. Sanders' motion (*Id.*).

Under 28 U.S.C. § 1915, the decision to grant or deny *in forma pauperis* status is within the sound discretion of the district court. *Cross v. General Motors Corp.*, 721 F.2d 1152, 1157 (8th Cir. 1983) (citations omitted). Although a claimant need not be "completely destitute" to take advantage of the *in forma pauperis* statute, she must show that paying the filing fee would result in an undue financial hardship. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986). In his application, Mr. Sanders states that he receives $900.00 bi-weekly in take-home pay or wages (Dkt. No. 1, at 1). Thus, the Court estimates Mr. Sanders' annual take-home pay as $23,400.00. Mr. Sanders also states that he has $600.00 in cash or in a checking or savings account (*Id.*, at 2). Mr. Sanders lists expenses of $350.00 per month for lights, water, and gas (*Id.*). Mr. Sanders claims his minor daughter and mother dependents (*Id.*). Mr. Sanders claims no debts or financial obligations (*Id.*).

Based upon his *in forma pauperis* application, it appears that Mr. Sanders has the ability to pay the filing fee without suffering an undue financial hardship. Accordingly, Mr. Sanders' application to proceed *in forma pauperis* is denied without prejudice, subject to refiling (Dkt. No.

1). Within 30 days of the entry of this Order, Mr. Sanders must either: (1) pay the $400.00 filing fee in full or (2) file an amended application to proceed *in forma pauperis* that clearly describes Mr. Sanders' financial situation for the Court's review and consideration. If Mr. Sanders does not pay the filing fee or file an amended *in forma pauperis* application within 30 days, this action will be dismissed without prejudice. Mr. Sanders' failure to comply with this Order could result in the dismissal of his lawsuit. *See* Local Rule 5.5 of the Local Rules of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.").

It is so ordered, this 6th day of December, 2022.

_____
Kristine G. Baker
United States District Judge