IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRIAN SANDERS** **PLAINTIFF**

v. **Case No. 3:22-cv-00040-KGB**

**BLYTHEVILLE, CITY OF** **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Brian Sanders' complaint is dismissed without prejudice (Dkt. No. 2). The Court denies the requested relief.

So adjudged this 31st day of January, 2023.

_____
Kristine G. Baker
United States District Judge