## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRIAN SANDERS**                                                                                             **PLAINTIFF**

v.                                           **Case No. 3:22-cv-00040-KGB**

**BLYTHEVILLE, CITY OF**                                                                          **DEFENDANT**

### ORDER

On December 6, 2022, the Court entered an Order denying, without prejudice plaintiff Brian Sanders' *pro se* motion for leave to proceed *in forma pauperis* (Dkt. No. 4).  The Court ordered Mr. Sanders to within 30 days of entry of the Order pay the filing fee in full or file an amended motion to proceed *in forma pauperis* (*Id.*).  More than 30 days have passed since the entry of the Order, and Mr. Sanders has not responded to the Order by paying the filing fee or filing an amended motion to proceed *in forma pauperis*.  The Court advised Mr. Sanders that his failure to respond to Court's Order could result in the dismissal of his lawsuit (*Id.*, at 2).  *See* Local Rule 5.5 of the Local Rules of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.").  Accordingly, the Court dismisses without prejudice Mr. Sanders' complaint (Dkt. No. 1).

It is so ordered, this 31st day of January, 2023.

_____
Kristine G. Baker
United States District Judge